IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry Daniel GUERRA,<br><br>    Petitioner,<br><br>v.<br><br>Dora SCHRIRO, et al.,<br><br>    Respondents. | No. CV-05-1927-PHX-SMM (MEA)<br><br>**ORDER** |

Pending before the Court is Petitioner Henry Guerra's Petition for Writ of Habeas Corpus. [Doc. No. 1] On May 8, 2006, Magistrate Judge Mark E. Aspey filed a Report and Recommendation, advising this Court that Petitioner's Petition should be denied and dismissed with prejudice. [Doc. No. 18] Respondent, through counsel, filed Objections on May 17, 2006. [Doc. No. 19] After considering Judge Aspey's Report and Recommendation and the arguments raised in Petitioner's Objections thereto, the Court now issues the following ruling.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). The Court must review the legal analysis in the Report and Recommendation *de novo*. See 28 U.S.C. § 636(b)(1)(C). The Court must review the factual analysis in the Report and Recommendation *de novo* for those facts to which Objections are filed and for clear error for those facts to which no Objections are filed. See id.;

see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to file objections relieves the district court of conducting *de novo* review of the magistrate's factual findings).

### DISCUSSION

Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and the objections having been made by Petitioner thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

### CONCLUSION

For the reasons set forth above,

**IT IS ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Mark E. Aspey. [Doc. No. 18]

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED and this action is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to Magistrate Judge Mark E. Aspey.

DATED this 20th day of June, 2006.

Stephen M. McNamee
United States District Judge